# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

July 29, 2025

**VIA ECF AND EMAIL**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
OetkenNYSDChambers@nysd.uscourts.gov

    **RE:** *United States v. Brayan Lloret*, **22-cr-293 (JPO)**

Dear Judge Oetken:

    Your Honor is scheduled to sentence my client, Brayan Lloret, on October 20, 2025. I am writing to request respectfully a 60-day adjournment of the sentencing proceeding so that we can further develop mitigation materials for consideration by the Probation Officer preparing the PSR and for Your Honor's consideration. Additionally, I respectfully request that the deadlines for preparation of the PSR be adjourned so that they conform to the new sentencing date. The Government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

---

Granted. Sentencing is hereby adjourned to December 18, 2025 at 2:30pm. The schedule for the preparation of the PSR is also adjourned with the new sentencing date in mind. Defendant's sentencing submission is due by December 4, 2025, and the government's is due by December 11, 2025.
 So ordered.
 7/29/2025

J. PAUL OETKEN
United States District Judge